**Order entered March 1, 2019**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-18-00665-CV

### UNITED RENTALS NORTH AMERICA, INC., Appellant

### V.

### PAMELA EVANS, PATRICE ANDERSON, AS NEXT FRIEND OF PARIS DAVIS, & LEATHA KATAVI JONES, AS NEXT FRIEND OF DOMINIC JONES, Appellee

**On Appeal from the 191st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-15-04449**

## ORDER

Before the Court is appellant's February 28, 2019 second unopposed motion to extend time to file reply brief. We **GRANT** the motion and **ORDER** the brief be filed no later than March 20, 2019.

/s/    BILL WHITEHILL
       JUSTICE